**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO.: 19-cv-62028-BLOOM/Valle**

HOWARD COHAN,

      Plaintiff,

vs.

PAGE BROTHERS ASSOCIATES, INC.,
d/b/a CORAL SPRINGS HONDA,

      Defendant.

_____/

## NOTICE OF PENDING SETTLEMENT

Plaintiff, HOWARD COHAN ("Plaintiff") and Defendant, PAGE BROTHERS ASSOCIATES, INC., d/b/a CORAL SPRINGS HONDA ("Defendant"), by and through undersigned counsel and pursuant to Local Rule 16.4, hereby give notice that Plaintiff and Defendant ("Parties") have reached an agreement for the resolution of this matter and are in the process of finalizing settlement documents. The Parties respectfully request that the Court stay all matters and pending deadlines in this action and grant the Parties thirty (30) days to finalize the settlement documents and file proper pleadings to close this matter out.

Dated: _____10/24/2019_____

| | |
|---|---|
| BY:   /s/ *Jason S. Weiss* | BY:   /s/ *Marc E. Brandes* |
| Jason S. Weiss | Marc E. Brandes |
| Jason@jswlawyer.com | mbrandes@kfb-law.com |
| Florida Bar No. 356890 | Florida Bar No. 866423 |
| **WEISS LAW GROUP, P.A.** | **KURKIN FOREHAND BRANDES LLP** |
| 5531 N. University Drive, Suite 103 | 18851 NE 29th Ave, Suite 303 |
| Coral Springs, FL 33067 | Miami, FL 33180 |
| Tel: (954) 573-2800 | Tel: (305) 929-8500 |
| Fax: (954) 573-2798 | Fax: (305) 675-0564 |
| | |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |